```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

                Plaintiff,

-against-

VIVIR LOUNGE CORP. d/b/a VIVIR LOUNGE and CRESCENT HOUSE LLC,

                Defendants.

24-CV-03277 (MMG)

**ORDER**

---

MARGARET M. GARNETT, United States District Judge:

      Defendant Vivir Lounge Corp. was served on May 21, 2024, *see* Dkt. No. 10, and Defenadnt Crescent House LLC, pursuant to the Court's order granting alternative service, was served on November 1, 2024, *see* Dkt. No. 18. The deadline for both Defendants to appear and respond to the Complaint has expired, and both appear to be in default.

      It is therefore HEREBY ORDERED that if Defendants do not respond to the Complaint or appear by **January 24, 2025**, then by **January 31, 2025**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **February 28, 2025**.

      Plaintiff shall serve a copy of this Order on Defendants by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

      In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **February 4, 2025**, and shall file proof of such service by **February 6, 2025**.

      If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of

2

termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

Dated: January 17, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge